IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW JONES,

    Plaintiff,

v.                                            CASE NO. 4:23cv519-RH-MJF

FLORIDA STATE POLICE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5, and the objections, ECF No. 6. I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)." The clerk must close the file.

    SO ORDERED on April 29, 2024.

                                                s/Robert L. Hinkle
                                                United States District Judge